# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>F.N.U. CLARK, et al.,<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-00414-APG-PAL<br><br>**Order Accepting Report of Findings and Recommendation**<br><br>(Dkt. ##50, 51, 57) |

On July 17, 2015, Magistrate Judge Leen entered her Order and Report of Findings and Recommendation. (Dkt. #57.) She recommends that I deny plaintiff's motion to add LVMPD as a party (Dkt. #50), and that I partially grant plaintiff's motion to amend/correct his complaint and add or join other parties (Dkt. #51). Plaintiff filed an objection to some of Judge Leen's Recommendations. (Dkt. #59.)

I have conducted a *de novo* review of the issues set forth in the Report of Findings and Recommendation. Judge Leen sets forth the proper legal analysis and factual basis for the decision. Therefore,

IT IS HEREBY ORDERED that the Report of Findings and Recommendation **(Dkt. #57) is accepted**, and plaintiff's objection **(Dkt. #59) is overruled.**

IT IS FURTHER ORDERED that plaintiff's motion to amend/correct his complaint and to add or join parties **(Dkt. #51) is granted in part and denied in part.** The motion is DENIED as to plaintiff's allegations and claims against Clark County, LVMPD, Clark County District Attorney's Office, Rocky T's Security Inc., Bien, Bill, Burns, Brighandi, Fincher, Garrison, Johnson, Julo, Kompman, Le Heay, Loving, Frailey, Doug Gillespie, Pettie, David Roger, Steve Sisolak, Sgt. Stoll, Stephen Turner, and Steve Wolfson. The Motion is GRANTED as to plaintiff's Fourth Amendment claims for: (i) use of excessive force against Defendant Officers

Firestine and LaVassieur, and (ii) unreasonable seizure of property against Defendant Officers Clark, Firestine, LaVassieur, Fincher, Le Heay, Kompman, and Johnson.

Dated: October 14, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE