UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>           Plaintiff,<br><br>v.<br><br>F.N.U. CLARK, et al.,<br><br>           Defendant. | Case No. 2:14-cv-00414-APG-PAL<br><br>**Order** |

On October 14, 2015, I entered an Order (Dkt. #62) accepting Magistrate Judge Leen's Report and Recommendation (Dkt. #57) and granting in part plaintiff's motion (Dkt. #51) to amend/correct his complaint and add parties. Specifically, I permitted plaintiff to amend his Fourth Amendment claims and to add Officer Clark as a defendant when he amends that claim.

Pursuant to Local Rule 15-1(b), "[a]fter the Court has filed its order granting permission to amend, the moving party shall file and serve the amended pleading." Plaintiff has not filed and served his amended complaint. Therefore, plaintiff shall file and serve his amended complaint (as revised to comply with my Order and Magistrate Judge Leen's July 17, 2015 Report and Recommendation) within 30 days of entry of this Order.

Dated: December 2, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE