UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                          Plaintiff,<br><br>v.<br><br>F.N.U. CLARK, et al.,<br><br>                          Defendant. | Case No. 2:14-cv-00414-APG-PAL<br><br>**Order Accepting Magistrate Judge's Recommendation and Dismissing Defendants Kompman, Le Heay, Fincher, and Johnson**<br><br>(ECF Nos. 70, 72) |

On March 3, 2018, Magistrate Judge Leen entered her Order recommending that I (1) deny plaintiff Williams' Motion for the Court to Direct the U.S. Marshal's Service to Serve a Copy of the Complaint on Outstanding Defendants and Issue Summons (ECF No. 70) and (2) dismiss the unserved Defendant Officers Kompman, Le Heay, Fincher, and Johnson. (ECF No. 72.) Williams filed an objection to that Order. (ECF No. 73) to which the defendants responded (ECF No. 75). I have conducted a de novo review of the issues set forth in the Order, pursuant to Local Rule IB 3-2. Judge Leen's Order sets forth the proper legal analysis, and the factual basis, for her recommendation, and nothing in Williams' objection calls for a different result. Therefore,

IT IS HEREBY ORDERED that the recommendation contained in Judge Leen's Order **(ECF No. 72) is accepted**, Williams' motion **(ECF No. 70) is denied**, and defendant Officers **Kompman, Le Heay, Fincher, and Johnson are dismissed** from this case.

Dated: April 11, 2016.

                                                                  ANDREW P. GORDON
                                                                   UNITED STATES DISTRICT JUDGE