# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>F.N.U. CLARK, et al.,<br><br>    Defendants. | Case No. 2:14-cv-0414-APG-PAL<br><br>**ORDER DISMISSING DEFENDANT F.N.U. CLARK** |

On April 20, 2016, Plaintiff was advised by the court (Dkt. #77) that this action would be dismissed without prejudice as to defendant F.N.U. Clark unless on or before May 11, 2016, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant F.N.U. Clark.

Dated: May 16, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE