# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>F.N.U. CLARK, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-00414-APG-PAL<br><br>**ORDER DIRECTING THE PARTIES TO FILE A PROPOSED JOINT PRETRIAL ORDER** |

    Pursuant to the scheduling order, the parties had until thirty days after a decision on the summary judgment motions to file a proposed joint pretrial order. ECF No. 32 at 3. I ruled on the summary judgment motions on August 17, 2016. ECF No. 79. As of this date, the parties have not filed a proposed joint pretrial order.

    IT IS THEREFORE ORDERED that the parties shall prepare and file a proposed joint pretrial order consistent with the Local Rules on or before October 21, 2016.

    DATED this 27th day of September, 2016.

                                                                ANDREW P. GORDON<br>
                                                              UNITED STATES DISTRICT JUDGE