# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>F.N.U. CLARK, *et al.*,<br><br>                    Defendant. | Case No. 2:14-cv-00414-APG-PAL<br><br>**DISTRICT COURT'S RESPONSE TO NINTH CIRCUIT'S REFERRAL NOTICE** |

The Ninth Circuit Court of Appeals has referred to me the question whether Mr. Williams' "in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." ECF No. 97. I do not find this appeal frivolous or taken in bad faith. I do not elect to revoke Mr. Williams' in forma pauperis status.

This response is directed to the Ninth Circuit pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A). The clerk of court shall serve this response upon the parties and the Ninth Circuit.

Dated: December 19, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE