UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                              Plaintiff,<br><br>       v.<br><br>F.N.U. CLARK, et al.,<br><br>                              Defendant. | Case No. 2:14-cv-00414-APG-PAL<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DOCUMENTS**<br><br>(ECF No. 99) |

Plaintiff James Williams filed an emergency motion to provide documents at government expense to assist him in preparing his appeal in this case. ECF No. 99. Williams states he would like the "requested documents attached hereto" but no list of documents is attached. I have no information about which particular documents Williams is requesting.

IT IS THEREFORE ORDERED that plaintiff James Williams' emergency motion to provide documents **(ECF No. 99) is DENIED without prejudice** to re-file a motion that identifies which documents the plaintiff is requesting.

Dated: February 28, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE