# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS, | Case No. 2:14-cv-00414-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR COPIES OF DOCUMENTS** |
| F.N.U. CLARK, *et al.*, | (ECF No. 104) |
| Defendants. | |

Plaintiff James Williams moves for copies of documents filed in this case so that he can prepare his appellate brief. ECF No. 104. The defendants do not oppose so long as they do not have to pay for the copies.

IT IS THEREFORE ORDERED that the plaintiff James Williams' motion to provide documents at government expense **(ECF No. 104) is GRANTED**. The clerk of court shall send a copy of the following documents to plaintiff James Williams:

ECF No. 4 (motion for leave to file amended complaint)

ECF No. 9 (screening order)

ECF No. 14 (motion for appointment of counsel)

ECF No. 23/24 (motion for temporary restraining order/preliminary injunction)

ECF No. 31 (motion for leave to file amended complaint)

ECF No. 33 (order denying motion for appointment of counsel)

ECF No. 36 (report and recommendation re: motion for temporary restraining order)

ECF No. 39 (objection to report and recommendation ECF No. 36)

ECF No. 50 (motion to add Las Vegas Metropolitan Police Department as party)

ECF No. 51 (motion to amend)

ECF No. 56 (order accepting report and recommendation ECF No. 36)

ECF No. 57 (report and recommendation regarding amendments)

ECF No. 59 (objection to report and recommendation ECF No. 57)

ECF No. 62 (order accepting report and recommendation ECF No. 57)

ECF No. 83 (emergency motion for writ of mandamus/prohibition)

ECF No. 84 (notice re: amended complaint and discovery)

ECF No. 85 (motion to strike motion for writ of mandamus)

ECF No. 86 (notice re: order to show cause)

ECF No. 87 (response to order to show cause)

ECF No. 88 (response to motion to strike)

ECF No. 89 (motion for leave to file amended complaint).

DATED this 11th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE